UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LEBLANC

    Plaintiff,

vs.                                                    Case No. 8:06-CV-747-T-27EAJ

ADVANCE CREDIT CORPORATION,
ALLIED INTERSTATE, INC., NORTH
AMERICAN COLLECTORS, INC.,
"MR. THOMAS", WAYNE SARNER, DAVID
SEMEL, and JOHN BLAKE,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. 23) recommending that Defendants North American Collectors, Inc., Wayne Sarner, David Semel and John Blake's Motion to Dismiss (Dkt. 9) be granted on statute of limitations grounds as to Plaintiff's federal claims and recommending that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1)     The Report and Recommendation (Dkt. 23) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

1

2) Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 9) is **GRANTED**. Plaintiff's federal claims are barred by the applicable statute of limitations. This Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. Accordingly, Plaintiff's complaint is dismissed.[1]

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 12th day of January, 2007.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

---

[1] The claims of the non-moving parties ("Mr. Thomas" and Advance Credit Corporation) are dismissed for the reasons discussed in the Report and Recommendation. Moreover, Plaintiff failed to effectuate service upon "Mr. Thomas" and Advance Credit Corporation within the 120 day period of time imposed by Fed. R. Civ. P. 4(m).

2